UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JACKSON LEWIS LLP
*ATTORNEYS FOR DEFENDANT*
58 South Service Road, Suite 410
Melville, New York   11747
(631) 247-0404

ATTORNEY OF RECORD:
   MARC S. WENGER, ESQ(MSW8910).          VIA ECF

------------------------------------------------------------x
OTILIA MONTANO,

                   Plaintiff,      Civ. No.: 05 CV 2524

     -against-      **DEFENDANT'S CERTIFICATE PURSUANT TO RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE**

CORWOOD LABORATORIES, INC.,

                   Defendant.
------------------------------------------------------------x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable the Judges and Magistrate Judges of this Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant hereby certifies that Defendant Corwood Laboratories, Inc. is not a governmental entity and there are no parent corporations or any publicly held corporations that own 10% of its stock

Dated: Melville, New York
       August 18, 2005

                                   Respectfully submitted,

                                   JACKSON LEWIS LLP
                                   *ATTORNEYS FOR DEFENDANT*
                                   58 South Service Road, Suite 410
                                   Melville, New York   11747
                                   (631) 247-0404

                                   By: _____
                                        Marc S. Wenger, Esq.(MSW8910)

TO:   Saul D. Zabell, Esq.
      ZABELL & ASSOCIATES, PC
      ***ATTORNEYS FOR PLAINTIFF***
      700 Lakeland Avenue
      Bohemia, NY 11716
      (631) 589-7242

I:\Clients\C\Corwood-Montano\Pleadings\Rule 7-1-08-18-05-bp.doc

# CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of August, 2005, I caused a true and correct copy of the enclosed *Defendant's Certificate Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure* to be served upon the following parties, via First-Class Mail, by depositing said copy into an official depository under the exclusive care and custody of the United States Postal Service addressed to:

Saul D. Zabell, Esq.
ZABELL & ASSOCIATES, PC
*ATTORNEYS FOR PLAINTIFF*
700 Lakeland Avenue
Bohemia, NY 11716

MARC S. WENGER, ESQ.

I:\Clients\C\Corwood-Montano\Pleadings\Rule 7-1-08-18-05-bp.doc