UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------X

OTILIA MONTANO,

                Plaintiff,

-against-                        Civ. No.: 05 CV 2524

CORWOOD LABORATORIES, INC.,

                Defendant.

------------------------------------------------------------X

**STIPULATION AND ORDER OF FINAL DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED between Plaintiff and Defendant that the above-captioned action be dismissed in its entirety, with prejudice, and with no award of attorneys' fees, costs or disbursements by the Court to any Party.

SO AGREED:

Dated: 6/15/06

*ATTORNEYS FOR PLAINTIFF*

By: _____
CHRISTOPHER K. COLLOTTA, ESQ.
ZABELL & ASSOCIATES
4875 Sunrise Highway, Suite 300
Bohemia, NY 11716

Dated: 6/15/06

*ATTORNEYS FOR DEFENDANT*

By: _____
MARC S. WENGER, ESQ. (MW8910)
JACKSON LEWIS, LLP
58 South Service Road
Melville, NY 11747

SO ORDERED on this ____ day of _____, 2006.

_____
U.S.D.J.

I:\Clients\C\85628-Corwood-Montano\Agreement and General Release DOC